TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00304-CR

Lawrence Fernandez, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT

NO. 0920470, HONORABLE JON N. WISSER, JUDGE PRESIDING

PER CURIAM

 This is an appeal from an order revoking community supervision. Appellant was
placed on community supervision following his conviction for indecency with a child. See Tex.
Penal Code Ann. § 21.11 (West 1994). The punishment is imprisonment for ten years.

 One of appellant's supervisory conditions was that he participate in the "Travis
County Community Correctional Facility C.O.R.E./Work Release Program," a military-style
"boot camp." On the morning of October 29, 1995, appellant was one of several cadets in the
program waiting for transportation to their work detail under the supervision of drill instructor
Travis Lockhart. Lockhart testified that he gave appellant an order which appellant disobeyed. 
When Lockhart repeated the order, appellant struck Lockhart with his fist. Appellant attempted
to hit Lockhart a second time, but the officer deflected the blow. After appellant was restrained
by Lockhart and another drill instructor, appellant told Lockhart, "I'm going to come after you
and blast your ass." As a result of this incident, appellant was removed from the program.

 The district court found that appellant violated his supervisory conditions by failing
to participate and cooperate in the C.O.R.E. program. In his only point of error, appellant
complains that he was "letting off steam" on the morning in question, never assaulted the officer,
and was unfairly removed from the C.O.R.E. program. The court, we believe, was entitled to
take a dimmer view of appellant's conduct. The greater weight of the evidence supports the
court's finding that appellant violated the supervisory condition. See Battle v. State, 571 S.W.2d
20, 22 (Tex. Crim. App. 1978) (burden of proof). The point of error is overruled.

 The order revoking community supervision is affirmed.

Before Chief Justice Carroll, Justices Aboussie and Kidd

Affirmed

Filed: August 28, 1996

Do Not Publish